RIVER DEVELOPMENT CORP., PLAINTIFF-PETITIONER, v. THE LIBERTY CORPORATION, DEFENDANT-RESPONDENT.

See same case below: 51 *N. J. Super.* 447.

*Mr. Louis B. LeDuc* for the petitioner.

*Messrs. DuBois & DuBois* for the respondent.

*Mr. David D. Furman,* Attorney General, *amicus curiae.*

October 13, 1958.   Granted.

JOSEPH B. LANGAN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. WEST KEANSBURG WATER COMPANY, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 51 *N. J. Super.* 41.

*Messrs. Heuser, Heuser & De Maio* for the petitioners.

*Mr. David D. Furman, Mr. Howard T. Rosen, Mr. Joseph F. Mattice, Messrs. Roberts, Pillsbury & Carton,* and *Mr. Henry J. Saling* for the respondents.

October 13, 1958.   Denied.